UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA HAUSER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:08CV1961 HEA |
| STACY HOLTZ, | ) ) | |
| Defendant. | ) | |

## ORDER

The Court having been advised by the Alternative Dispute Resolution Compliance Report that this action has been settled,

**IT IS HEREBY ORDERED** the February 1, 2010, trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file, within thirty (30) days from the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 20th day of August, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE